ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: matthew.cassell@usdoj.gov
Attorneys for Plaintiff

FILED___LODGED
___RECEIVED___COPY

2011 SEP -7 P 3: 34

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Ramon Jasso-Luna,

    Defendant.

CR11-3074 TUC CKJ/CRP

**INDICTMENT**

Violations: 8 U.S.C. § 1326 (enhanced by 8 U.S.C. § 1326(b)(2))

(Re-Entry After Deportation)

**THE GRAND JURY CHARGES:**

On or about August 12, 2011, at or near Naco, in the District of Arizona, Ramon Jasso-Luna, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Hidalgo, Texas on or about July 27, 2010, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/S/
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
/S/
Assistant U.S. Attorney

SEP 0 7 2011
REDACTED FOR
PUBLIC DISCLOSURE